UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. MANDEL KIRKLAND**   DOB: 03/07/1973   Crim. No. 15- 316   SID#:   755821B

---

## PETITION FOR WRIT OF HABEAS CORPUS

1. MANDEL KIRKLAND, (D/O/B 03/07/1973) is now confined at the Hudson County Jail, 35 Hackensack Avenue, Kearny, New Jersey 07032.

2. Said individual will be required at NEWARK, New Jersey, before the Hon. Susan D. Wigenton, United States District Judge, on **Wednesday, July 22nd, 2015, at 12:00 p.m.**, for an **ARRAIGNMENT**. A Writ of Habeas Corpus should be issued for that purpose.

DATED: July 8th, 2015

_____
ANDREW TYLER
SPECIAL ASSISTANT U.S. ATTORNEY

---

## ORDER

Let the Writ Issue.

DATED: July 9, 2015

_____
HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

---

## WRIT OF HABEAS CORPUS

The United States of America to the Hudson County Jail, Newark, New Jersey

WE COMMAND YOU that you have the body of

**MANDEL KIRKLAND**

now confined at the Hudson County Jail, Newark, New Jersey, be brought before the United States District Court, the Hon. Susan D. Wigenton, Martin Luther King, Jr. Federal Bldg. and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on Wednesday, July 22nd, 2015 at 12:00 p.m., so that he may appear for an **ARRAIGNMENT** in the above-captioned matter.

WITNESS the Honorable Michael A. Hammer
United States Magistrate Judge
Newark, New Jersey

DATED: July 9, 2015

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _Carmen D. Soto_
Deputy Clerk